SHARON L. ANDERSON (SBN 94814)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: mcoop@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA and
DEPUTY DAVID CUSHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LIGHTENER,<br><br>　　　　　Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, DEPUTY DAVID CUSHMAN, DEPUTY J. PATZER, DEPUTY J. VORHAUER, and DOES 1-30,<br><br>　　　　　Defendants. | Case No. C 09-2043 CW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |

IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR ALL PARTIES:

　　　WHEREAS efforts were made to schedule plaintiff's deposition prior to August 11, 2010, the initial date scheduled for Early Neutral Evaluation ("ENE"), the deposition did not occur; and

　　　WHEREAS plaintiff's deposition is needed for effective participation in the ENE; and

　　　WHEREAS, based on the schedules of counsel and Evaluator Patrick Robbins, a new ENE date could not be scheduled prior to the court's September 1, 2010 deadline; and

　　　WHEREAS Evaluator Patrick Robbins agreed that it is appropriate to extend the deadline for ENE and re-scheduled the ENE for October 27, 2010.

1  THE PARTIES JOINTLY REQUEST THIS COURT TO ENTER AN ORDER TO
2  EXTEND THE ENE DEADLINE FROM SEPTEMBER 1, 2010 TO NOVEMBER 15, 2010.

3

4  DATED: August 30, 2010                THE BELLI LAW FIRM

5

6                                         By: _____
7                                             MELVIN CAESAR BELLI
                                              Attorneys for Plaintiff
8                                             JAMES LIGHTELLER

9  DATED: August 30, 2010                SHARON L. ANDERSON, County Counsel
10
11
12                                         By: _____
13                                             MONIKA L. COOPER
                                              Deputy County Counsel
14                                            Attorneys for Defendants
                                              COUNTY OF CONTRA COSTA and
15                                            DEPUTY DAVID CUSHMAN

16                                    **ORDER**

17     Good cause appearing therefore, and based on the above stipulation of the parties, by
18  and through counsel, IT IS HEREBY ORDERED that the deadline for completion of the ENE
19  is hereby extended from September 1, 2010 to November 15, 2010.

20
21
22  DATED:  9/1/2010                        _____
23                                          CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE
TO COMPLETE EARLY NEUTRAL EVALUATION - C09-2043 CW                                    2